EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CHRIS A. THOMAS    #3514
Assistant U. S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail: Chris.Thomas@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 03-00495-11 DAE |
| Plaintiff, ) | |
| vs. ) | ORDER FOR DISMISSAL |
| CHERI ANN KAINA,    (11) ) | |
| Defendant. ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment against Defendant Cheri Ann Kaina ("Defendant Kaina") on the grounds that Defendant Kaina was charged and sentenced in an Information, Cr. No. 04-00369 DAE.  Pursuant to a plea agreement, the Government agreed to dismiss the charges as to Defendant Kaina in the Indictment for Cr. No. 03-00495 DAE after sentencing.

      Defendant Kaina was sentenced on October 1, 2004, to time served.  Defendant Kaina is not in custody on the dismissed charge listed above.

DATED:  Honolulu, Hawaii, _October 5, 2004_.

                        EDWARD H. KUBO, JR.
                        UNITED STATES ATTORNEY
                        District of Hawaii

                By _/s/ Chris A. Thomas_
                        CHRIS A. THOMAS
                        Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

                                  DAVID ALAN EZRA
                                  UNITED STATES DISTRICT JUDGE

DATED: _OCT 12 2004_

United States v. Cheri Ann Kaina
Cr. No. 03-00495-11 DAE
"Order for Dismissal"